**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Texas (Sherman)**

| | |
|---|---|
| IN RE: | Case No.:    4:11-bk-42278 |
| Debtors: Alex E. Chandra | Loan Number (Last 4):    0545 |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Nationstar Mortgage, LLC | Aurora Bank FSB |
|---|---|
| Name of Transferee | Name of Transferor |
| 350 Highland Drive | Court Claim # (if known): 5 |
| Lewisville, TX 75067 | Amount of Claim:    $213,805.48 |
| | Date Claim Filed:    10/10/2011 |
| Phone:  877-782-7612 | Last Four Digits of Acct #:    1383 |
| Last Four Digits of Acct #:  0545 | |

Name and Address where transferee payments should be sent (if different from above):

350 Highland Drive
Lewisville, TX 75067

Phone:    877-782-7612

Last Four Digits of Acct #:    0545

Transfer Effective: September 01, 2012

By:    /s/ Bill Taylor                           Date:    September 22, 2012
       Authorized Filing Agent for Filer

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

476415-1793e6d7-c27f-45da-8dc9-ba46c0207e7c