**210B (12/09**)

# United States Bankruptcy Court

Eastern District of Texas
Case No. 11-42278
Chapter 11

In re: Debtor(s) (including Name and Address)

Alex E. Chandra
7940 Hannah St.
Plano TX 75025

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/22/2012.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 5: Aurora Bank FSB, 2617 College Park, Scottsbluff, NE 69361 | Nationstar Mortgage, LLC<br>350 Highland Drive<br>Lewisville, TX 75067 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  09/26/12                                              Jeanne Henderson
                                                             **CLERK OF THE COURT**

```
                        United States Bankruptcy Court
                           Eastern District of Texas
In re:                                                    Case No. 11-42278-btr
Alex E. Chandra                                           Chapter 11
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0540-4          User: carterl              Page 1 of 2              Date Rcvd: Sep 24, 2012
                              Form ID: trc               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2012.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 6129153       +E-mail/Text: ALSBankruptcy@aurorabankfsb.com Sep 25 2012 02:24:15     Aurora Bank FSB,
                 2617 College Park,    Scottsbluff, NE 69361-2294
                                                                                              TOTAL: 1

                  ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 26, 2012**                    **Signature:**   _Joseph Speetjens_

```
District/off: 0540-4          User: carterl              Page 2 of 2                  Date Rcvd: Sep 24, 2012
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2012 at the address(es) listed below:

          Christopher L. Hawkins    on behalf of Creditor   GMAC MORTGAGE, LLC, chawkins@babc.com
          Cole D. Patton    on behalf of Creditor   Aurora Bank, FSB anhsmdk@zuckergoldberg.com, anhsmdk@earthlink.net
          David Aaron DeSoto    on behalf of Creditor   Aurora Loan Services LLC texascreditorfirm@yahoo.com
          Eddie R. Jimenez    on behalf of Creditor   GMAC MORTGAGE, LLC, ecftxeb@piteduncan.com
          Grant Tabor    on behalf of Creditor   Aurora Loan Services LLC gtabor@piteduncan.com, ecftxeb@piteduncan.com
          Joe Lozano    on behalf of Creditor   America's Servicing Company notice@bkcylaw.com
          John M. Vardeman    on behalf of U.S. Trustee   US Trustee john.m.vardeman@usdoj.gov
          Joyce W. Lindauer    on behalf of Debtor Alex Chandra courts@joycelindauer.com, joyce@joycelindauer.com
          Lance J. Erickson    on behalf of Creditor   Aurora Bank, FSB anhsmdk@zuckergoldberg.com
          Mitchell J. Buchman    on behalf of Creditor   Bank of America, N.A. edecf@BDFGROUP.com
          Shawn Carter    on behalf of Defendant   Bank of America edecf@BDFGROUP.com
          Steve Turner    on behalf of Creditor   Bank of America, N.A. edecf@BDFGROUP.com, marshak@BDFGroup.com;brettp@BDFGroup.com
          Timothy A. York    on behalf of Creditor   JPMorgan Chase Bank, N. A. tyork@qslwm.com, kholloman@qslwm.com
          Timothy W. O'Neal    on behalf of U.S. Trustee   US Trustee Timothy.W.O'Neal@USDOJ.GOV, USTPRegion06.TY.ECF@USDOJ.GOV

                                                                                            TOTAL: 14