UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| ALEX CHANDRA | § | |
| Debtor | § | CASE NO. 11-42278 |

**NOTICE OF APPEARANCE AND REQUEST FOR DUPLICATE NOTICE COMBINED WITH REQUEST FOR ALL COPIES PURSUANT TO BANKRUPTCY RULE 2002(a), (b) AND PLEADINGS PURSUANT TO BANKRUPTCY RULES 3017(a) AND 9007**

Comes now MACKIE WOLF ZIENTZ & MANN, P.C., pursuant to Bankruptcy Rules 9010(b), 2002(a), (b), 3017(a), 9007 and files this Notice of Appearance and Demand for Service of Papers as Counsel for OCWEN LOAN SERVICING, LLC, its successors and/or assigns, a secured creditor and party in interest in the captioned proceedings.

Request is hereby made that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case and in any cases consolidated herewith, be given to and served upon the undersigned attorneys at the mailing address, fax number or e-mail address set forth below.

MACKIE WOLF ZIENTZ & MANN, P.C. additionally requests that the DEBTOR and the Clerk of the Court place the name and address of the undersigned attorney on any mailing matrix to be prepared or existing in the above-numbered case, and on any list of creditors to be prepared or existing in the above-numbered bankruptcy case.

13-003031-670

Respectfully submitted,

MACKIE WOLF ZIENTZ & MANN, P.C.

/s/ Stephen Wu
_____
Stephen Wu
State Bar No.: 24042396
Mackie Wolf Zientz & Mann, P.C.
Parkway Office Center, Suite 900
14160 North Dallas Parkway
Dallas, Texas 75254
Telephone: (214) 635-2650
Facsimile: (214) 635-2686
E-mail: swu@mwzmlaw.com

ATTORNEY FOR OCWEN LOAN SERVICING, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Notice of Appearance has been served on the parties via fax, U.S. Mail, e-mail or ECF on August 23, 2013.

/s/ Stephen Wu
_____
Stephen Wu
Mackie Wolf Zientz & Mann, P.C.

13-003031-670