| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Texas (Sherman) || **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor:<br>Alex E. Chandra | Case Number:<br>11-42278 | |
| Name of Creditor:<br>WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE TO LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-3<br>Name of Current Servicer of account:<br>Nationstar Mortgage, LLC || **COURT USE ONLY** |
| Name and Address where notices should be sent:<br>Nationstar Mortgage, LLC<br>PO Box 619096<br>Dallas, TX 75261-9741<br><br>Telephone Number: 877-343-5602 || X Check this box if you are changing the address that notices will go to. |
| Name and Address where payments should be sent (if different from above):<br>Nationstar Mortgage, LLC<br>PO Box 619094<br>Dallas, TX  75261-9741 || X Check this box if you are changing the address that payments will go to. |
| **1. Account Number: 0552** || ☐ Check this box if the account number has changed. |

2. Signature

   Check the appropriate box.
   ☐ I am the creditor.
   ☑ I am the creditor's authorized agent (Attached copy of power of attorney, if any.)
   ☐ I am the trustee, or the debtor.
   ☐ I am a guarantor, surety, indorser, or other codebtor.

   /s/ Michael Daniels                              Date:  03/30/2015
   Michael Daniels - Assistant Secretary

# UNITED STATES BANKRUPTCY COURT

Eastern District of Texas (Sherman)

Chapter 11 No. 11-42278

In re:

Judge: Chief Judge Brenda T. Rhoades

Alex E. Chandra

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2015, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid, or via filing with the US Bankruptcy Court's CM ECF system.

Debtor: Alex E. Chandra
7940 Hannah St.
Plano, TX 75025

Debtor's Attorney: Joyce W. Lindauer
12720 Hillcrest Road
Suite 625
Dallas, TX 75230

/s/ Bill Taylor - Member of 4 S Technologies, LLC,

Authorized Agent for Nationstar Mortgage LLC,

through Walz Group as mailing agent