BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP    BDFTE# 00000005669676
15000 SURVEYOR BLVD SUITE 100
ADDISON, TX 75001
(972) 341-0500

Attorney for THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS SUCCESSOR-IN-INTEREST TO ALL PERMITTED SUCCESSORS AND ASSIGNS OF JPMORGAN CHASE BANK, AS TRUSTEE, FOR NOMURA ASSET ACCEPTANCE CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 11-42278-BTR-11 |
| | § | |
| ALEX E CHANDRA, | § | |
| Debtor | § | CHAPTER 11 |

**NOTICE OF APPEARANCE AND REQUEST FOR DUPLICATE NOTICE COMBINED WITH REQUEST FOR ALL COPIES PURSUANT TO BANKRUPTCY RULE 2002(a), (b) AND PLEADINGS PURSUANT TO BANKRUPTCY RULES 3017(a) AND 9007**

COMES NOW BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP, pursuant to Bankruptcy Rules 9010 (b), 2002 (a), (b), 3017 (a), 9007, and files this Notice of Appearance and Demand for Service of Papers as Counsel for THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS SUCCESSOR-IN-INTEREST TO ALL PERMITTED SUCCESSORS AND ASSIGNS OF JPMORGAN CHASE BANK, AS TRUSTEE, FOR NOMURA ASSET ACCEPTANCE CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR1, party in interest in the captioned proceedings.

Request is hereby made that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case and in any cases consolidated herewith, be given to and served upon the undersigned attorneys at the address and telephone number as follows:

**BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP**
15000 SURVEYOR BLVD SUITE 100
ADDISON, TX 75001
(972) 341-0500

This request encompasses all notices and pleadings including, without limitation, notices of any orders, motions, demands, pleadings or requests, formal or informal applications, disclosure statement or plan of reorganization or any other documents brought before this Court in this case.

This Notice of Appearance shall not be construed as authorization to serve counsel for THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS SUCCESSOR-IN-INTEREST TO ALL PERMITTED SUCCESSORS AND ASSIGNS OF JPMORGAN CHASE BANK, AS TRUSTEE, FOR NOMURA ASSET ACCEPTANCE CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR1 with any summons and complaint or any service of process under Bankruptcy Rule 7001, et. seq.  The undersigned firm will not accept service of process in any adversary case for THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS SUCCESSOR-IN-INTEREST TO ALL PERMITTED SUCCESSORS AND ASSIGNS OF JPMORGAN CHASE BANK, AS TRUSTEE, FOR NOMURA ASSET ACCEPTANCE CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR1.

BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP, additionally requests that the Debtor and the Clerk of the Court place the name and address of the undersigned attorney

on any mailing matrix to be prepared or existing in the above-numbered case, and on any list

of creditors to be prepared or existing in the above-numbered bankruptcy case.

                        BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP

              BY:   /s/ STEVE TURNER
                    STEVE TURNER
                    TX NO. 20341700
                    15000 SURVEYOR BLVD SUITE 100
                    ADDISON, TX 75001
                    Telephone: (972) 341-0500
                    Facsimile: (972) 341-0502
                    E-mail:  EDECF@BDFGROUP.COM
                    ATTORNEY FOR CLAIMANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2015, a true and correct copy of the Notice of Appearance and Request for Duplicate Notice was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

    Respectfully submitted,

    BARRETT DAFFIN FRAPPIER
    TURNER & ENGEL, LLP

BY: /s/ STEVE TURNER      11/19/2015
    STEVE TURNER
    TX NO. 20341700
    15000 SURVEYOR BLVD SUITE 100
    ADDISON, TX 75001
    Telephone: (972) 341-0500
    Facsimile: (972) 341-0502
    E-mail: EDECF@BDFGROUP.COM
    ATTORNEY FOR CLAIMANT

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTORS:**
ALEX E CHANDRA
2112 PORTIS AVENUE
SAINT LOUIS CITY, MO  63110

ALEX E CHANDRA
7940 HANNAH ST
PLANO, TX  75025

**DEBTOR'S ATTORNEY:**
JOYCE W. LINDAUER
12720 HILLCREST RD
SUITE 625
DALLAS, TX  75230

**TRUSTEE:**
U. S. TRUSTEE (TYLER)
110 N. COLLEGE AVE.
SUITE 300
TYLER, TX  75702