**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Texas
Case No. 11-42278
Chapter 11

In re: Debtor(s) (including Name and Address)

Alex E. Chandra
7940 Hannah St.
Plano TX 75025

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/01/2016.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 10: Bank of America, N.A., 400 Countrywide Way, Mail Stop SV-46, Simi Valley, CA 93065 | Bank of America, N.A.<br>c/o Shellpoint Mortgage Servicing<br>PO Box 10826<br>Greenville, SC 29603 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   02/04/16                                         Jeanne Henderson
                                                         **CLERK OF THE COURT**

```
                        United States Bankruptcy Court
                            Eastern District of Texas
In re:                                                        Case No. 11-42278-btr
Alex E. Chandra                                               Chapter 11
        Debtor
                             CERTIFICATE OF NOTICE
District/off: 0540-4         User: carterl             Page 1 of 2             Date Rcvd: Feb 02, 2016
                             Form ID: trc              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2016.
6171713        Bank of America, N.A.,    400 Countrywide Way,    Mail Stop SV-46,    Simi Valley, CA 93065

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2016 at the address(es) listed below:

```
              Christopher L. Hawkins    on behalf of Defendant    GMAC Mortgage, LLC chawkins@babc.com
              Christopher L. Hawkins    on behalf of Creditor    GMAC MORTGAGE, LLC, chawkins@babc.com
              Cole D. Patton    on behalf of Creditor    Aurora Bank, FSB mhtbkanhsselffilings@mccarthyholthus.com
              David Aaron DeSoto    on behalf of Creditor    Aurora Loan Services LLC texascreditorfirm@yahoo.com
              David Aaron DeSoto    on behalf of Defendant    Aurora Loan Servicing texascreditorfirm@yahoo.com
              Eddie R. Jimenez    on behalf of Defendant    Aurora Loan Servicing ecftxeb@aldridgepite.com,
               ERJ@ecf.inforuptcy.com;ejimenez@aldridgepite.com
              Eddie R. Jimenez    on behalf of Creditor    GMAC MORTGAGE, LLC, ecftxeb@aldridgepite.com,
               ERJ@ecf.inforuptcy.com;ejimenez@aldridgepite.com
              Grant M. Tabor    on behalf of Creditor    The Bank of New York Mellon Trust Company, National
               Association fka The txbkeastern@logs.com,    gtabor@logs.com
              Grant M. Tabor    on behalf of Creditor    Aurora Loan Services LLC txbkeastern@logs.com,
               gtabor@logs.com
              Joe Lozano    on behalf of Creditor    America's Servicing Company notice@bkcylaw.com
              John M. Vardeman    on behalf of U.S. Trustee    US Trustee john.m.vardeman@usdoj.gov
              Joyce W. Lindauer    on behalf of Plaintiff Alex E. Chandra joyce@joycelindauer.com,
               dian@joycelindauer.com;tara@joycelindauer.com
              Joyce W. Lindauer    on behalf of Debtor Alex E. Chandra joyce@joycelindauer.com,
               dian@joycelindauer.com;tara@joycelindauer.com
              Lance J. Erickson    on behalf of Creditor    Aurora Bank, FSB
               mhtbkanhsselffilings@mccarthyholthus.com,    lerickson@mccarthyholthus.com
              Lance J. Erickson    on behalf of Creditor    Aurora Loan Services LLC
               mhtbkanhsselffilings@mccarthyholthus.com,    lerickson@mccarthyholthus.com
              Lance J. Erickson    on behalf of Defendant    Aurora Loan Servicing
               mhtbkanhsselffilings@mccarthyholthus.com,    lerickson@mccarthyholthus.com
              Mitchell J. Buchman    on behalf of Creditor    U. S. Bank National Association edecf@BDFGROUP.com
              Mitchell J. Buchman    on behalf of Defendant    JPMorgan Chase Bank, N.A. edecf@BDFGROUP.com
              Mitchell J. Buchman    on behalf of Creditor    Bank of America, N.A. edecf@BDFGROUP.com
              Mitchell J. Buchman    on behalf of Defendant    Bank of America edecf@BDFGROUP.com
              Shawn Carter    on behalf of Defendant    Bank of America edecf@BDFGROUP.com
              Shawn Carter    on behalf of Defendant    EMC Mortgage Company edecf@BDFGROUP.com
              Stephen Wu    on behalf of Creditor    Ocwen Loan Servicing, LLC swu@mwzmlaw.com,    txed@mwzmlaw.com
              Steve Turner    on behalf of Creditor    JPMorgan Chase Bank, N. A. edecf@BDFGROUP.com,
               marshak@BDFGroup.com
              Steve Turner    on behalf of Creditor    Bank of America, N.A. edecf@BDFGROUP.com,
               marshak@BDFGroup.com
              Steve Turner    on behalf of Creditor    U. S. Bank National Association edecf@BDFGROUP.com,
               marshak@BDFGroup.com
              Steve Turner    on behalf of Creditor Committee    The Bank of New York Mellon Trust Company, N.A.,
               as Trustee edecf@BDFGROUP.com,    marshak@BDFGroup.com
              Timothy A. York    on behalf of Defendant    EMC Mortgage Company tyork@qslwm.com,
               acanson@qslwm.com
              Timothy A. York    on behalf of Creditor    JPMorgan Chase Bank, N. A. tyork@qslwm.com,
               acanson@qslwm.com
              Timothy A. York    on behalf of Defendant    JPMorgan Chase Bank, N.A. tyork@qslwm.com,
               acanson@qslwm.com
```

```
District/off: 0540-4          User: carterl              Page 2 of 2                  Date Rcvd: Feb 02, 2016
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
    Timothy A. York  on behalf of Creditor  JPMorgan Chase Bank, N.A. as servicing agent for Citibank, N.A. tyork@qslwm.com, acanson@qslwm.com
    Timothy A. York  on behalf of Creditor  JPMorgan Chase Bank, N.A. as servicing agent for U.S. Bank, N.A. tyork@qslwm.com, acanson@qslwm.com
    Timothy W. O'Neal  on behalf of U.S. Trustee  US Trustee Timothy.W.O'Neal@USDOJ.GOV, USTPRegion06.TY.ECF@USDOJ.GOV

                                                       TOTAL: 33