FILED
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
_____Choose Your Division_____ DIVISION

2016 JUN 15  AM 11: 17

CLERK, U.S. BANKRUPTCY
COURT

BY_____DEPUTY

_ALEX E. CHANDRA_

_____
DEBTOR(S)

CASE NO.  11 - 42278 - BTR - 11

I am a ~~Choose your role~~ debtor in the above referenced bankruptcy case.

My **PREVIOUS** address is:   7940  HANNAH ST.

PLANO  TX 75025

Please **CHANGE** to the new address:   PO BOX  250196

PLANO  TX 75025

DATE: 6/15/2016

DEBTOR SIGNATURE:

JOINT DEBTOR SIGNATURE
(If filed by Debtor)

NAME OF CREDITOR:

AUTHORIZED SIGNATURE:

TITLE:
(If filed by Creditor)

Mail to: U. S. Bankruptcy Court
300 Willow, Suite 100
Beaumont, TX 77701