**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | |
| ALEX E. CHANDRA, | § § | CASE NO. 11-42278 |
| | § | CHAPTER 11 |
| Debtor. | § | |

**ORDER GRANTING
MOTION TO REOPEN CASE FOR DISCHARGE**

CAME ON FOR CONSIDERATION the Motion to Reopen Case for Discharge (the "Motion") filed by Alex E. Chandra ("Debtor"), Debtor in the above-captioned case. Debtor gave proper service and notice on the Motion. No objections were filed to the Motion. The Court, having considered the Motion, finds that it should be and hereby is **GRANTED**. It is, therefore

**ORDERED** that the above-captioned case is hereby reopened.

**SIGNED:**

Signed on 11/3/2017

*Brenda T. Rhoades*    SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE